IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BIN LIU, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>Defendant. | **4:26CV3388**<br><br>**ORDER** |

This matter is before the Court on Plaintiff Bin Liu's Ex Parte Motion for Leave to File Schedule A and Related Papers Under Seal. (Filing No. 4). Having considered the Motion, the Court finds that disclosure of Defendants' identities before Defendants are served would likely defeat the purpose of any interim relief Plaintiff may seek; that this interest outweighs the public's right of access for the limited period of sealing ordered here; and that the public version of the Complaint, with Defendants' identities redacted, keeps the nature of the action open to the public.

IT IS ORDERED:

1. The Motion is granted.
2. The Clerk shall maintain under seal Schedule A to the Complaint; the unredacted Complaint and Exhibits 4 and 5 to it; and the Declaration of Nitin

Kaushik. (Filing No. 5; Filing No. 6). The redacted Complaint (Filing No. 1) is the public version of the Complaint.

3. Those papers shall remain under seal until further order of the Court or until Defendants have been served, whichever is earlier.

4. Within seven days after service on Defendants, Plaintiff shall move to unseal and shall file public versions of the sealed papers.

5. Plaintiff may disclose the sealed papers to Amazon.com, Inc., TikTok Inc., and any payment processor or financial institution to the extent necessary to carry out any order of this Court, and to Defendants upon service.

Dated this 23rd day of November, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge